IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL SOLOMON, | * | |
| Plaintiff, | * | |
| v. | * | CV 116-125 |
| MTD CONSUMER GROUP, INC., | * | |
| Defendant. | * | |

**O R D E R**

Currently before the Court is the parties' stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. 16.) This case is thus **DISMISSED WITH PREJUDICE**. The parties will bear their own costs and fees.

**ORDER ENTERED** at Augusta, Georgia this 19th day of May, 2017.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA